164 A.3d 407

NEW JERSEY HIGHER EDUCATION STUDENT ASSISTANCE AU-
THORITY, PLAINTIFF–RESPONDENT, v. GENNIFER A. STRI-
BLING AND LURETHA M. STRIBLING, DEFENDANTS–PETI-
TIONERS.

March 23, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–001260–14
having been submitted to this Court, and the Court having consid-
ered the same;

It is ORDERED that the petition for certification is denied,
with costs.

164 A.3d 408

WILLIAM HALPERN, PLAINTIFF–PETITIONER, v. TOWNSHIP OF
IRVINGTON, IRVINGTON POLICE DEPARTMENT, MICHAEL
CHASE, IN HIS PROFESSIONAL AND INDIVIDUAL CAPACI-
TY, AND [JAIME] OLIVEIRA, DEFENDANTS–RESPONDENTS.

March 23, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–003776–14
having been submitted to this Court, and the Court having consid-
ered the same;

It is ORDERED that the petition for certification is denied,
with costs.